UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID R. BENSON, | Case No. 2:08-cv-1656-CRD |
| Plaintiff, | |
| vs. | ORDER OF REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned

case be REVERSED and REMANDED for further administrative proceedings pursuant to

sentence four of 42 U.S.C. § 405(g).  On remand, the Appeals Council shall attempt to locate the

missing transcript of the December 2005 hearing.  In addition, an Administrative Law Judge

(ALJ) shall hold a de novo hearing.  The ALJ shall also re-evaluate all of the medical evidence of

record, including the opinions of Dana Harmon, Ph.D.  The ALJ shall also address the claimant's

use of a cane and determine the extent to which that use erodes the sedentary occupational base

pursuant to Social Security Ruling (SSR) 96-9p.  The ALJ shall also re-evaluate the claimant's

credibility and residual functional capacity.  The ALJ shall also obtain additional vocational expert

testimony, if necessary, and ensure that any such testimony is consistent with the Dictionary of Occupational Titles in accordance with SSR 00-4p. Finally, the ALJ shall adjudicate all of the claimant's pending applications, including the claimant's concurrent applications filed in December 2002. Plaintiff may submit additional evidence and arguments to the ALJ on remand. The ALJ will issue a de novo decision, and those other aspects of the ALJ's prior decision not specifically addressed here are not affirmed.

Plaintiff is entitled to reasonable attorney fees, expenses, and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

JUDGMENT is entered for Plaintiff, and this case is closed.

DATED this 11th day of May, 2009.

Carolyn R. Dimmick
United States District Judge

Presented by:

/s/ Mathew W. Pile
MATHEW W. PILE    WSB #32245
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste 2900, M/S 901
Seattle, WA 98104-7075
Phone:  (206) 615-3760
Fax:     (206) 615-2531
mathew.w.pile@ssa.gov

Of Attorneys for Defendant