**The Honorable Carolyn R. Dimmick**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| DAVID R. BENSON, | ) |
|     Plaintiff, | ) No. C08-01656-CRD |
| v. | ) |
| MICHAEL J. ASTRUE, | ) ORDER |
| Commissioner of Social Security, | ) |
|     Defendant. | ) |

The Court hereby awards Plaintiff's counsel, Robert A. Friedman, $4,096.56 in attorney fees and $57.80 in expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d), and $369.50 in costs under the Equal Access to Justice Act, 28 U.S.C. § 1920, for a total award of $4,523.86.

Dated: June 29, 2009.

_____
Carolyn R. Dimmick
United States District Judge

Order - 1
[No. C08-1656-CRD]